IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| HEAL UTAH, NATIONAL PARKS CONSERVATION ASSOCIATION, POWDER RIVER BASIN RESOURCE COUNCIL, and SIERRA CLUB,<br><br>      Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LISA P. JACKSON, Administrator, United States Environmental Protection Agency,<br><br>      Respondents. | Case No. 13-9510 |

## NOTICE OF INTERVENTION BY PACIFICORP
_____

      PacifiCorp hereby provides notice that it seeks to intervene in the above-captioned case pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure and Tenth Circuit Rule 15.2(A).

      Petitioners HEAL Utah, National Parks Conservation Association, Powder River Basin Resource Council and Sierra Club ("Petitioners") are challenging Respondent United States Environmental Protection Agency's ("EPA")'s approval of Clean Air Act regulations implementing certain aspects of a regional haze plan for Wyoming:  Approval and Promulgation of State Implementation Plans; State of

Wyoming; Regional Haze Rule Requirements for Mandatory Class I Areas Under 40 CFR 51.309. 77 Fed. Reg. 73,926 (Dec. 12, 2012) (the "Wyoming Section 309 RH SIP").

PacifiCorp wishes to intervene as a Respondent in support of Respondent EPA's action approving the Wyoming Section 309 RH SIP.

DATED this 11th day of February, 2013.

Respectfully submitted,

/s/ E. Blaine Rawson
E. Blaine Rawson
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
brawson@rqn.com
(801) 532-1500

/s/ Michael G. Jenkins
Michael G. Jenkins
Assistant General Counsel
PacifiCorp Energy
1407 North Temple, Suite 310
Salt Lake City, Utah   84116
michael.jenkins@pacificorp.com
(801) 220-2233

*Attorneys for Proposed Intervener PacifiCorp*

1220622

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2013, the foregoing **NOTICE OF INTERVENTION BY PACIFICORP** was served electronically on all counsel of record through the Court's CM/ECF system.

/s/ E. Blaine Rawson
E. Blaine Rawson
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
brawson@rqn.com
(801) 532-1500


/s/ Michael G. Jenkins
Michael G. Jenkins
Assistant General Counsel
PacifiCorp Energy
1407 North Temple, Suite 310
Salt Lake City, Utah 84116
michael.jenkins@pacificorp.com
(801) 220-2233

*Attorneys for Proposed Intervener PacifiCorp*

1220622

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1)  all required privacy redactions have been made per 10th Cir. R. 25.5;

(2)  if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)  the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Norton Antivirus version 20.2.1.22, and according to the program are free of viruses.

DATED this 11th day of February, 2013.

/s/ E. Blaine Rawson
E. Blaine Rawson
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
brawson@rqn.com
(801) 532-1500


/s/ Michael G. Jenkins
Michael G. Jenkins
Assistant General Counsel
PacifiCorp Energy
1407 North Temple, Suite 310
Salt Lake City, Utah   84116
michael.jenkins@pacificorp.com
(801) 220-2233

*Attorneys for Proposed Intervener PacifiCorp*

1220622